FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2023 MAY 31   AM 10: 32
JACKSONVILLE DIVISION

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.                                    CASE NO.   3:23-cr- 8⁄p-TJC-MCR
                                      18 U.S.C. § 924(a)(1)(A)

DONALD PLEMMONS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 1, 2023, in the Middle District of Florida, the defendant,

DONALD PLEMMONS,

knowingly made a false statement and representation to employees of Larry's Guns and Ammo, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Larry's Guns and Amo, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant stated he was not subject to a court order restraining him from harassing, stalking, or threatening a child or an intimate partner or child of such partner, when in truth and fact, the defendant was subject to a Family Violence Twelve Month Protective Order, issued by the Superior Court for

the County of Effingham, State of Georgia, Civil Action File No. SU22DR575B,

that had been ordered on January 3, 2023 and was still in effect on March 1, 2023.

   In violation of 18 U.S.C. § 924(a)(1)(A).

A TRUE BILL,

ROGER B. HANDBERG
United States Attorney

By: _Brenna Falzetta_

   BRENNA FALZETTA
   Assistant United States Attorney

By: 

   FRANK TALBOT
   Assistant United States Attorney
   Chief, Jacksonville Division

FORM OBD-34
5/30/23 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## DONALD PLEMMONS

## INDICTMENT

Violations: 18 U.S.C. § 924(a)(1)(A)



Filed in open court this _3/5/_ day

of May, 2023.

_____
Clerk

Bail   $_____